IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN WILLIAMS MILLER,    )<br>          Plaintiff,    ) | |
| v.    ) | No. 3:22-CV-2694-M-BH |
| UNITED STATES GOVERNMENT,    )<br>          Defendants.    ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*United States of America's Motion to Dismiss*, received on February 6, 2023 (doc. 19), is **GRANTED.** The plaintiff's *Motion: Demand Writ of Execution*, filed on February 9, 2023 (doc. 22); *Demand/Motion/Correction/"Removal of Illegal Defendant Representatives..."*, filed on February 13, 2023 (doc. 28); *Motion To Have Federal Marshals Arrest Immediately!!! Clayton Ray Mahaffey-DOJ, DUI Attorney...*, filed on February 13, 2023 (doc. 30); *Motion Plaintiff Invoking FRCP Rule 38(b)(2): Right to a Jury Trial; Demand*, filed on February 21, 2023 (doc. 32); *Motion: Execution of Writ of Execution relative to [ECF No. 11]*, filed on March 3, 2023 (doc. 36); *Motion: Plaintiff is still awaiting "APPEARANCE"…*, filed on March 9, 2023 (doc. 39); *Motion: Corrected and legal Writ of Execution…*, filed on March 9, 2023 (doc. 40); and *Motion Hearing: To Start Trial Preparation with Discovery Scheduling*, filed on March 10, 2023 (doc. 41), are **DENIED**.

By separate judgment, the plaintiff's claims will be **DISMISSED**.

**SIGNED this 15th day of August, 2023.**

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE