IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN WILLIAMS MILLER, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-CV-2694-M-BH |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
|     Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The *pro se FRCP- 59 Motion for New Trial...*, filed August 17, 2023 (doc. 55), and *FRCP Rule 60 Motion Relief from Judgement or Order [ECF No. 54]...*, filed August 21, 2023 (doc. 57), are both liberally construed as seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **DENIED**.

    SIGNED this 13th day of September, 2023.

*[signature: Barbara M. G. Lynn]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE