IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN WILLIAMS MILLER,            )<br>            Plaintiff,            )<br>            )<br>v.            )            No. 3:22-CV-2694-M-BH<br>            )<br>UNITED STATES GOVERNMENT,            )<br>            Defendants.            )| |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The *§ 821.17 Motion for judgment on all unaddressed Pleadings for Plaintiff John W Miller*, filed September 20, 2023 (doc. 62), is liberally construed as seeking relief from the judgment under Fed. R. Civ. P. 60(b) and **DENIED**.

**DATED this 24th day of October, 2023.**

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE